**No. 09-11358. Paul Remme, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6527.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 855.

**No. 09-11359. Steven Smith, Petitioner v. Margaret Bradshaw, Warden.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6483.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 591 F.3d 517.

**No. 09-11361. Timothy Lee York, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6529.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 347.

**No. 09-11363. Dearl Duane Adams, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6745.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 621.

**No. 09-11365. William Brewley-Carrero, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6848.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11366. Juan Barrientos-Hernandez, Petitioner v. Oregon.**

562 U.S. 876, 131 S. Ct. 185, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6623.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

**No. 09-11367. John Burton, Petitioner v. Washington Department of Corrections, et al.**

562 U.S. 876, 131 S. Ct. 391, 178 L. Ed. 2d 111, 2010 U.S. LEXIS 6809.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.